UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT
CIVIL APPEAL STATEMENT OF PARTIES AND ISSUES

Case No: __13-2282__

Case Name: __Nancy Kinder v. Dearborn Federal Savings Bank__

Is this case a cross appeal?  ☐ Yes   ☒ No
Has this case or a related one been before this court previously?  ☐ Yes  ☒ No
If yes, state:
  Case Name: _____ Citation: _____
  Was that case mediated through the court's program?  ☐ Yes  ☐ No

**Please Identify the Parties Against Whom this Appeal is Being Taken and the Specific Issues You Propose to Raise:**

Defendant Dearborn Federal Savings Bank ("DFSB") takes this appeal against plaintiff Nancy Kinder ("plaintiff"). DFSB appeals the district court's July 3, 2013 Order granting plaintiff's Motion for Attorney Fees and the district court's September 11, 2013 Final Order, which ordered DFSB to pay the attorney fee award of $30,000 to plaintiff.

DFSB raises the issue of the reasonableness of the attorney fee award in light of plaintiff's recovery of $100 in statutory damages.

This is to certify that a copy of this statement was served on opposing counsel of record this __4th__ day of __October__, __2013__.

s/James J. Walsh
Name of Counsel for Appellant

6CA-53
Rev. 6/08